IN THE UNITED STATES FEDERAL DISTRICT COURT

FILED
IN CLERKS OFFICE
2019 AUG -9 PM 12: 43
BOSTON
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JACOB BERGERON, PETITIONER | PETITION FOR THE |
| | ISSUANCE OF THE WRIT |
| V. | OF HABEAS CORPUS. |
| | |
| UNKNOWN AGENTS OF THE | |
| STATE OF GEORGIA, RESPONDENT; | |

PETITION FOR THE ISSUANCE OF THE WRIT OF HABEAS CORPUS

COMES NOW UNDER DURESS AND IN FEAR OF DEATH AND FALSE IMPRISONMENT, PRO SE, PETITIONER, JACOB BERGERON PETITIONING THIS HONORABLE COURT INVOKING THE JURISDICTION THEREOF AND THE POWERS OF THE WRIT OF HABEAS CORPUS TO WIT:

JURISDICTIONAL STATEMENT

PETITIONER ASSERTS THAT HABEAS COURT IS MANDATORY PREMISED UPON THE LAW THAT ILLEGAL RESTRAINT UPON HIS LIBERTY CONFERS HABEAS AUTHORITY;

PETITIONER ASSERTS THAT HE HAS A UNALIENABLE RIGHT TO [POLICE PROTECTION] BY BOTH THE STATE AND FEDERAL POLICE AND THAT INVOLVES THE FEDERAL BUREAU OF INVESTIGATION:

1) IN THIS MATTER FEDERAL CRIME IS BEING COMMITTED AGAINST PETITIONER, THAT IS:

   A) INTERSTATE STALKING 18 USC 2261;
   B) RETALIATION AGAINST A WITNESS, 18 USC 1512;
   C) INTIMIDATION OF A WITNESS, 18 USC 1513;
   D) [NON-EXHAUSTIVE];

## STATEMENT OF THE FACTS

1) PETITIONER AFTER DELIVERING LEGAL MAIL TO THE POST OFFICE IN HOLLY SPRINGS GEORGIA REGARDING OTHER CRIMES COMMITTED AGAINST HIS PERSON HE ARRIVED BACK AT HIS HOUSE;

2) A LADY WALKING 2 DOGS DID AS PETITIONER ENTERED HIS TEMPORARY RESIDENCE WALK FAST UP TO PETITIONER WITHIN 15 FEET AND SAY "HI"—PETITIONER SAID NOTHING –THEN SHE SAID LOUDLY AND IN A INTIMIDATORY MANNER AS SHE WALKED CLOSER "I SAID HELLO!";

3) PETITIONER SAID NOTHING AND WALKED INTO HIS TEMPORARY RESIDENCE;

## CONCLUSION

PETITIONER ASSERTS THAT THIS PERSON IS AN AGENT OF THE STATE OF GEORGIA AND KNOWS THAT HE IS SEEKING FEDERAL PROSECUTION FOR VARIOUS FEDERAL CRIME LAW VIOLATIONS AS HIS PREVIOUSLY FILED PETITIONS CONTAIN THIS LANGUAGE; PETITIONER IS ONLY OUTSIDE FOR A SHORT PERIOD OF TIME AND THAT WAS TO MAIL LEGAL PETITIONS TO THE FEDERAL COURT; THESE PERSONS ARE TIMING THEIR STATEMENTS AS PETITIONER ENTERS HIS TEMPORARY RESIDENCE AND THAT IS JUST IN THIS ONE INSTANCE—AS OTHER PETITIONS CONTAIN OTHER FACTS THAT SUPPORT THE ESSENTIAL ELEMENTS OF FEDERAL CRIME AS WELL;

## ORDERS FOR RELIEF

1) ORDER FOR THE CEASING OF THIS CONDUCT DIRECTED TO THE STATE OF GEORGIA;
2) ORDE FOR A FEDERAL INVESTIGATION INTO THIS CONDUCT ;

3) ORDER FOR THE CONVENING OF A FEDERAL GRAND JURY FOR THIS CONDUCT;

RESPECTFULLY SUBMITTED THIS AUGUST 6TH 2019.

JACOB BERGERON

209 OAKVIEW DRIVE

CANTON, GEORGIA 30114

FILED
IN CLERKS OFFICE

IN THE UNITED STATES FEDERAL DISTRICT COURT

2019 AUG -9 PM 12: 43
BOSTON

U.S. DISTRICT COURT
DISTRICT OF MASS.

JACOB BERGERON, PETITIONER           PETITION FOR THE

                                     ISSUANCE OF THE WRIT

V.                                   OF HABEAS CORPUS.

UNKNOWN AGENTS OF THE

STATE OF GEORGIA, RESPONDENT;

PETITION FOR THE ISSUANCE OF THE WRIT OF HABEAS CORPUS

COMES NOW UNDER DURESS AND IN FEAR OF DEATH AND FALSE IMPRISONMENT, PRO SE, PETITIONER, JACOB BERGERON PETITIONING THIS HONORABLE COURT INVOKING THE JURISDICTION THEREOF AND THE POWERS OF THE WRIT OF HABEAS CORPUS TO WIT:

JURISDICTIONAL STATEMENT

PETITIONER ASSERTS THAT HABEAS COURT IS MANDATORY PREMISED UPON THE LAW THAT ILLEGAL RESTRAINT UPON HIS LIBERTY CONFERS HABEAS AUTHORITY;

PETITIONER ASSERTS THAT HE HAS A UNALIENABLE RIGHT TO [POLICE PROTECTION] BY BOTH THE STATE AND FEDERAL POLICE AND THAT INVOLVES THE FEDERAL BUREAU OF INVESTIGATION:

1) IN THIS MATTER FEDERAL CRIME IS BEING COMMITTED AGAINST PETITIONER, THAT IS:

   A) INTERSTATE STALKING 18 USC 2261;
   B) RETALIATION AGAINST A WITNESS, 18 USC 1512;
   C) INTIMIDATION OF A WITNESS, 18 USC 1513;
   D) [NON-EXHAUSTIVE];

## STATEMENT OF THE FACTS

1) PETITIONER AFTER DELIVERING LEGAL MAIL TO THE POST OFFICE IN HOLLY SPRINGS GEORGIA REGARDING OTHER CRIMES COMMITTED AGAINST HIS PERSON HE ARRIVED BACK AT HIS HOUSE;

2) A LADY WALKING 2 DOGS DID AS PETITIONER ENTERED HIS TEMPORARY RESIDENCE WALK FAST UP TO PETITIONER WITHIN 15 FEET AND SAY "HI"—PETITIONER SAID NOTHING –THEN SHE SAID LOUDLY AND IN A INTIMIDATORY MANNER AS SHE WALKED CLOSER "I SAID HELLO!";

3) PETITIONER SAID NOTHING AND WALKED INTO HIS TEMPORARY RESIDENCE;

## CONCLUSION

PETITIONER ASSERTS THAT THIS PERSON IS AN AGENT OF THE STATE OF GEORGIA AND KNOWS THAT HE IS SEEKING FEDERAL PROSECUTION FOR VARIOUS FEDERAL CRIME LAW VIOLATIONS AS HIS PREVIOUSLY FILED PETITIONS CONTAIN THIS LANGUAGE; PETITIONER IS ONLY OUTSIDE FOR A SHORT PERIOD OF TIME AND THAT WAS TO MAIL LEGAL PETITIONS TO THE FEDERAL COURT; THESE PERSONS ARE TIMING THEIR STATEMENTS AS PETITIONER ENTERS HIS TEMPORARY RESIDENCE AND THAT IS JUST IN THIS ONE INSTANCE—AS OTHER PETITIONS CONTAIN OTHER FACTS THAT SUPPORT THE ESSENTIAL ELEMENTS OF FEDERAL CRIME AS WELL;

## ORDERS FOR RELIEF

1) ORDER FOR THE CEASING OF THIS CONDUCT DIRECTED TO THE STATE OF GEORGIA;
2) ORDE FOR A FEDERAL INVESTIGATION INTO THIS CONDUCT ;

3) ORDER FOR THE CONVENING OF A FEDERAL GRAND JURY FOR THIS CONDUCT;

RESPECTFULLY SUBMITTED THIS AUGUST 6TH 2019.

JACOB BERGERON

209 OAKVIEW DRIVE

CANTON,GEORGIA 30114