# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action 19-cv-11729-FDS

Jacob Bergeron,
**Plaintiff**

v.

Unknown Agents of The State of Georgia
**Defendant**

## ORDER OF DISMISSAL

Saylor, D.J.

In accordance with the Court's Order dated September 10 2019, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

/s/ Taylor Halley
Deputy Clerk

September 10, 2019